UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                          Case No. 07-20547

v.                                                        Hon. Sean F. Cox

MARSHALL STILLMAN,

    Defendant.
_____/

## ORDER DENYING DEFENDANTS' REQUEST TO EXTEND VOLUNTARY SURRENDER DATE

On or about July 11, 2008, Defendant filed an Emergency Motion to Extend Voluntary Surrender Date. Defendant, upon information and belief, was directed by Ms. Leslie Reiss of the U.S. Marshal Service for the Eastern District of Michigan, to volunteer to surrender on July 24, 2008 by 12:00 p.m. noon at FCI Elkton, 8730 Scroggs Road, Elkton, Ohio 44415.

That, upon information and belief, the Bureau of Prisons has all the information necessary to evaluate the proper placement for Mr. Stillman, therefore, no extension by the Court is necessary.

                                                         S/Sean F. Cox
                                                         Sean F. Cox
                                                         United States District Judge

Dated: July 18, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 18, 2008, by electronic and/or ordinary mail.

                                                         S/J. Hernandez
                                                         Case Manager